# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: ) Case No.: 19-53563-pmb
)
Dewona K. Bridges )
)
) Chapter: 13
)

Debtor(s)

Motion to Reconsider Dismissal

Unaware additional documents Required making attempts to meet w/ attorney. Will make an appt for 4/5/2019

Dated: 4/4/2019

Signature: Dewona Bridges

Printed Name: Dewona Bridges

Address: 5881 Mistyview Drive
Rex GA 30273

Phone: 404-245-2364

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Dewona K. Bridges )   Case No: 19-53563-pmb
_____ )   Chapter _____
_____ )
_____ )
_____ )
Debtor(s)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __4__ day of __April__, 20_19_, I served a copy of __Motion to Reconsider Dismissal__ which was filed in this bankruptcy matter on the __4__ day of __April__, 20_19_.

Mode of service (check one):  ◯ MAILED    ✓ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Melissa J. Davey
Melissa J. Davey Standing Chp 13 Trustee
Suite 200                    678-510-1444
260 Peachtree St NW
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 4/4/2019          Signature: Dewona Bridges
                         Printed Name: Dewona Bridges
                         Address: 5881 Mistyview Drive
                                  Rex, GA 30273

                         Phone: 404-245-2364

(Generic Certificate of Service – Revised 4/13)